FILED
2017 Sep-12  PM 03:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A



**ALABAMA SJIS CASE DETAIL**

PREPARED FOR: JOHN BOLUS



County: **01**　　Case Number: **CV-2017-000196.00**　　Court Action:

Style: **WILLIE CHAMBLIN JR  VS  LIBERTY MUTUAL INSURANCE COMPANY**

**Real Time**

## Case

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **01-JEFFERSON - BIRMINGHAM** | Case Number: | **CV-2017-000196.00** | Judge: | **EAF:ELISABETH A FRENCH** |
| Style: | **WILLIE CHAMBLIN JR  VS  LIBERTY MUTUAL INSURANCE COMPANY** | | | | |
| Filed: | **06/05/2017** | Case Status: | **ACTIVE** | Case Type: | **OTHER CV CASE** |
| Trial Type: | **JURY** | Track: | | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **1** | | |

### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | **0.00** | Punitive Damages: | **0.00** | General Damages: | **0.00** |
| No Damages: | | Compensatory Damages: | **0.00** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | **0** | Num of Liens: | **0** | Judgment For: | |
| Dispositon Date of Appeal: | | Disposition Judge: **:** | | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

### Comments

Comment 1:

Comment 2:

### Appeal Information

| | | | | | |
|---|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: | |
| Appeal Status: | | Orgin Of Appeal: | | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: | |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | | |

### Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subponeas: | | Last Update: | **08/15/2017** | Updated By: | **AJA** |

## Settings

### Settings

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 3 | **09/14/2017** | **001** | **01:00 PM** | **HEAR - HEARING** |

## Parties

**Party 1 - Plaintiff INDIVIDUAL - CHAMBER WILLIE JR**

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **C001-Plaintiff** | Name: | **CHAMBER WILLIE JR** | Type: | **I-INDIVIDUAL** |
| Index: | **LIBERTY MUTU D** | Alt Name: | | Hardship: **Yes** | JID: **EAF** |
| Address 1: | **4825 YONDERHILL DRIVE** | | | Phone: **(205) 000-0000** | |
| Address 2: | | | | | |
| City: | **BIRMINGHAM** | State: | **AL** | Zip: **35207-0000** | Country: **US** |
| SSN: | | DOB: | | Sex: | Race: |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Issued: | | Issued Type: | | Reissue: | | Reissue Type: | |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | | Service Type | | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 2 - Defendant INDIVIDUAL - LIBERTY MUTUAL INSURANCE COMPANY

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **LIBERTY MUTUAL INSURANCE COMPANY** | Type: | **I-INDIVIDUAL** |
| Index: | **CHAMBLIN WIL C** | Alt Name: | | Hardship: **No** | JID: **EAF** |
| Address 1: | **100 CORPORATE PARKWAY** | | | Phone: **(205) 000-0000** | |
| Address 2: | **SUITE 225** | | | | |
| City: | **BIRMINGHAM** | State: | **AL** | Zip: **35242-0000** | Country: **US** |
| SSN: | | DOB: | | Sex: | Race: |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | **06/12/2017** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | **06/15/2017** | Service Type | **A-AUTHORIZED SERVICE** | Service On: | Served By: |

| Answer: | Answer Type: | | Notice of No Service: | | Notice of No Answer: | 07/28/2017 |
|---|---|---|---|---|---|---|

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $6.59 | $6.59 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $306.00 | $0.00 | $306.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $0.00 | $100.00 | $0.00 | 0 |
| ACTIVE | N | MJDG | C001 | 000 | $50.00 | $0.00 | $50.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $0.00 | $45.00 | $0.00 | 0 |
| | | | | Total: | $507.59 | $6.59 | $501.00 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/05/2017 | RECEIPT | AOCC | 2017173 | 8824970 | $6.59 | C001 | 000 | | N | | | PDS |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 6/5/2017 | 12:52 PM | FILE | FILED THIS DATE: 06/05/2017        (AV01) | PDS |
| 6/5/2017 | 12:53 PM | EORD | E-ORDER FLAG SET TO "Y" | PDS |
| 6/5/2017 | 12:53 PM | ASSJ | ASSIGNED TO JUDGE: ELISABETH A FRENCH        (AV01) | PDS |
| 6/5/2017 | 12:53 PM | SCAN | CASE SCANNED STATUS SET TO: N        (AV01) | PDS |
| 6/5/2017 | 12:53 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED        (AV01) | PDS |
| 6/5/2017 | 12:53 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE        (AV01) | PDS |
| 6/5/2017 | 12:53 PM | ORIG | ORIGIN: INITIAL FILING        (AV01) | PDS |
| 6/5/2017 | 12:53 PM | C001 | C001 PARTY ADDED: CHAMBER WILLIE, JR.        (AV02) | PDS |
| 6/5/2017 | 12:53 PM | C001 | INDIGENT FLAG SET TO: N        (AV02) | PDS |
| 6/5/2017 | 12:53 PM | C001 | LISTED AS ATTORNEY FOR C001: PRO SE        (AV02) | PDS |
| 6/5/2017 | 12:53 PM | C001 | C001 E-ORDER FLAG SET TO "N"        (AV02) | PDS |
| 6/5/2017 | 12:53 PM | D001 | D001 PARTY ADDED: LIBERTY MUTUAL INSURANCE COMPANY | PDS |
| 6/5/2017 | 12:53 PM | D001 | INDIGENT FLAG SET TO: N        (AV02) | PDS |
| 6/5/2017 | 12:53 PM | D001 | D001 E-ORDER FLAG SET TO "N"        (AV02) | PDS |
| 6/5/2017 | 12:55 PM | TDMJ | JURY TRIAL REQUESTED        (AV01) | PDS |
| 6/5/2017 | 12:57 PM | ESCAN | SCAN - FILED 6/5/2017 - CIVIL COVERSHEET | PDS |
| 6/5/2017 | 12:58 PM | ESCAN | SCAN - FILED 6/5/2017 - AFFIDAVIT | PDS |
| 6/5/2017 | 12:59 PM | ESCAN | SCAN - FILED 6/5/2017 - SUMMONS AND COMPLAINT | PDS |
| 6/8/2017 | 9:38 AM | STYL | WILLIE CHAMBLIN, JR. VS LIBERTY MUTUAL INSURANCE C | KAH |
| 6/8/2017 | 9:38 AM | STYL | OMPANY        (AV01) | KAH |
| 6/12/2017 | 11:54 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE        (AV02) | KAH |
| 6/12/2017 | 11:54 AM | D001 | CERTIFIED MAI ISSUED: 06/12/2017 TO D001        (AV02) | KAH |
| 6/12/2017 | 11:58 AM | C001 | C001 NAME CHANGED FROM: CHAMBER WILLIE, JR. (AV02) | KAH |
| 6/12/2017 | 11:58 AM | C001 | INDIGENT FLAG SET TO: Y        (AV02) | KAH |

| | | | | |
|---|---|---|---|---|
| 6/20/2017 | 9:35 AM | ESERC | SERVICE RETURN | MAM |
| 6/20/2017 | 9:35 AM | D001 | SERVICE OF AUTHORIZED ON 06/15/2017 FOR D001(AV02) | MAM |
| 7/28/2017 | 7:34 PM | NANS | NO ANSWER NOTICE ISSUED TO: D001          (V803) | PAS |
| 8/4/2017 | 11:53 AM | EMOT | C001-DEFAULT JUDGMENT ($50.00) FILED ON 8/1/2017 11:53 AM. | KAH |
| 8/15/2017 | 3:40 PM | JEORDE | ORDER E-FILED - NOTICE OF HEARING - NOTICE OF HEARING - RENDERED & ENTERED: 8/15/2017 3:40:32 PM | |
| 8/15/2017 | 3:41 PM | JEMOT | C001-DEFAULT JUDGMENT ($50.00) /SET FOR 09/14/2017 01:00 PM, LOCATION = 610 | |
| 8/15/2017 | 3:41 PM | JESET | HEARING /SET FOR 9/14/2017 1:00 PM | |
| 8/15/2017 | 3:41 PM | DAT3 | FOR: HEARING ON 09/14/2017 @ 0100P          (AV01) | AJA |
| 8/31/2017 | 3:47 PM | JEORDE | ORDER E-FILED - RESCHEDULE HEARING IN TIME ONLY - RESCHEDULE HEARING IN TIME ONLY - RENDERED & ENTERED: 8/31/2017 3:47:11 PM | |

 **END OF THE REPORT**

CV201700196

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>⬚C⬚ ⬚V⬚ ⬚⬚⬚⬚ ⬚⬚⬚⬚ - ⬚⬚⬚⬚<br>Date of Filing:                              Judge Code:<br>⬚⬚ ⬚⬚ ⬚⬚⬚⬚    ⬚⬚⬚<br>Month   Day   Year |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _Jefferson_ , ALABAMA

_Tillie Chambel, Jr._                         v.         _Liberty Mutual Insurance_

**Plaintiff**                                                                **Defendant**

| First Plaintiff | ☐ Business | ☐ Individual | First Defendant | ☐ Business | ☐ Individual |
|---|---|---|---|---|---|
| | ☐ Government | ☐ Other | | ☐ Government | ☐ Other |

**NATURE OF SUIT:**  Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**

- ☐ WDEA  - Wrongful Death
- ☐ TONG  - Negligence: General
- ☐ TOMV  - Negligence: Motor Vehicle
- ☐ TOWA  - Wantonness
- ☐ TOPL  - Product Liability/AEMLD
- ☐ TOMM  - Malpractice-Medical
- ☐ TOLM  - Malpractice-Legal
- ☐ TOOM  - Malpractice-Other
- ☐ TBFM  - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX  - Other: _____

**TORTS: PERSONAL INJURY**

- ☐ TOPE  - Personal Property
- ☐ TORE  - Real Property

**OTHER CIVIL FILINGS**

- ☐ ABAN  - Abandoned Automobile
- ☐ ACCT  - Account & Nonmortgage
- ☐ APAA  - Administrative Agency Appeal
- ☐ ADPA  - Administrative Procedure Act
- ☐ ANPS  - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**

- ☐ MSXX  - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT  - Civil Rights
- ☐ COND  - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP  - Contempt of Court
- ☐ CONT  - Contract/Ejectment/Writ of Seizure
- ☐ TOCN  - Conversion
- ☐ EQND  - Equity Non-Damages Actions/Declaratory Judgment/Injunction
Election Contest/Quiet Title/Sale For Division
- ☐ CVUD  - Eviction Appeal/Unlawful Detainer
- ☐ FORJ  - Foreign Judgment
- ☐ FORF  - Fruits of Crime Forfeiture
- ☐ MSHC  - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB  - Protection From Abuse
- ☐ FELA  - Railroad/Seaman (FELA)
- ☐ RPRO  - Real Property
- ☐ WTEG  - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP  - Workers' Compensation
- ☑ CVXX  - Miscellaneous Circuit Civil Case

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
JUN 05 2017
ANNE-MARIE ADAMS
CLERK

**ORIGIN** (check one):   F ☑ INITIAL FILING      A ☐ APPEAL FROM                O ☐ OTHER:
                                                                 DISTRICT COURT        _____

                                    R ☐ REMANDED        T ☐ TRANSFERRED FROM
                                                                 OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☑ YES ☐ NO      Note: Checking "Yes" does not constitute a demand for a
jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☐ MONETARY AWARD REQUESTED       ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE:
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚       _8 – 5 – 17_          _Tillie Chambel_
                                       Date                                    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES   ☐ NO   ☐ UNDECIDED

| State of Alabama<br>Unified Judicial System<br><br>Form C-10<br>Page 1 of 2     Rev.2/95 | **AFFIDAVIT OF SUBSTANTIAL**<br>**HARDSHIP AND ORDER** | Case Number<br>CV2017 00196 |

IN THE _____ COURT OF _____, ALABAMA
  (Circuit, District or Municipal)        (Name of County or Municipality)

STYLE OF CASE: *Willie Chambliss* v. *Liberty Mutual In*
                Plaintiff(s)                         Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☐ **CIVIL CASE--** I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE--** (such as paternity, support, termination of parental rights, dependency) – I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ **CRIMINAL CASE--** I am financially unable to hire an attorney and request that one be appointed for me.

☐ **DELINQUENCY/NEED OF SUPERVISION--** I am financially unable to hire an attorney and I request the court appoint one for my child/me

**AFFIDAVIT**

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JUN 05 2017

ANNE-MARIE ADAMS
CLERK

SECTION 1.

1. IDENTIFICATION
   Full name *Willie Chamblin*           Date of Birth 7-8-48
   Spouse's full name (if married) _____
   Complete home address *5825 Yonderhill Dr*
   *B'ham al 35207*
   Number of people living in household 2
   Home telephone number *205 721 4890*
   Occupation/Job *Retire*        Length of employment _____
   Driver's license number **Redacted**     *Social Security Number **Redacted** 3146*
   Employer _____ Employer's telephone number _____
   Employer's address _____

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? (*if so, please check those which apply*)
   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other _____

3. INCOME/EXPENSE STATEMENT

   Monthly Gross Income:
   | | |
   |---|---|
   | Monthly Gross Income | $ 2400.00 |
   | Spouse's Monthly Gross Income (*unless a marital offense*) | |
   | Other Earnings: Commissions, Bonuses, Interest Income, etc, | |
   | Contributions from Other People Living in Household | |
   | Unemployment/Workmen's Compensation, | |
   |    Social Security, Retirements, etc, | |
   | Other Income (*be specific*) _____ | |
   | TOTAL MONTHLY GROSS INCOME | $ 2400.00 |

   Monthly Expenses:
   | | |
   |---|---|
   | A. Living Expenses | $ 825.00 |
   |    Rent/Mortgage | 222.00 |
   |    Total Utilities: *Gas, Electricity, Water, etc* | 250.00 |
   |    Food | 233.00 |
   |    Clothing | 330.00 |
   |    Health Care/Medical | 218.00 |
   |    Insurance | 326.00 |
   |    Car Payment(s)/Transportation Expenses | 250.00 |
   |    Loan Payment(s) | 556.00 |

*OPTIONAL

CV201700196

| Form C-10  Page 2 of 2  Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |
|---|---|

Monthly Expenses:(cont'd page1)
    Credit Card Payment(s)
    Educational/Employment Expenses
    Other Expenses (be specific) _____

        **Sub-Total**                        A $_____

B.   Child Support Payment(s)/Alimony      $_____
        **Sub-Total**                        B $_____
C.   Exceptional Expenses                $_____

       TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)   $_3320.00_

| **Total Gross Monthly Income Less total monthly expenses:** | |
|---|---|
| DISPOSABLE MONTHLY INCOME | $_____ |

4.   LIQUID ASSETS:
    Cash on Hand/Bank (*or otherwise available such as stocks,*   $_____
    *bonds, certificates of deposit*)
    Equity in Real Estate (value of properly less what you owe)
    Equity in Personal Property, etc. (such as the value of
    motor vehicles, stereo, VCR, furnishing, jewelry, tools,
    guns, less what you owe)
    Other (*be specific*)
    Do you own anything else of value? ☐ Yes ☑ No
    (land, house, boat, TV, stereo, jewelry)
    If so, describe _____

          TOTAL LIQUID ASSETS                $_____

> **FILED IN OFFICE**
> **CIRCUIT CIVIL DIVISION**
>
> **JUN 05 2017**
>
> **ANNE-MARIE ADAMS**
> **CLERK**

5.   Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status.  I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury, I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel,

Sworn to and subscribed before me this

_9th_ day of _June 2017_

_Korlin Huguley_
Judge/Clerk/Notary

*Affiant's Signature*    _Willie Chamblin, J_

_Willie Chamblin, JR_
Print or Type Name

MY COMMISSION EXPIRES DECEMBER 13, 2019

**ORDER OF COURT**

SECTION II
   IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially  indigent  and  able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay
   $_____ towards the anticipated cost of appointed counsel.  Said amount is to be paid to the clerk of court or as otherwise
   ordered and disbursed as follows:
☐ Affiant is indigent and request is GRANTED.
☑ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____ is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that this court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this_____ day of _June 2017_

_____
Judge

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev. 7/2016 | SUMMONS<br>-CIVIL- | Court Case Number<br>CV2017700196 |
| --- | --- | --- |

IN THE _____ COURT OF _____ COUNTY, ALABAMA
*(Circuit District or Juvenile)*      *(Name of County)*

_____ v. _____

*[Name(s) of Plaintiff(s)]*      *[Name(s) of Defendant(s)]*

**NOTICE TO:** Liberty Mutual Insurance 100 Corporate park way Suit
*(Name of Defendant)*   225 B Hrom, al 35242

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY, TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), _____ WHOSE
*[Name(s) of Attorney(s)]*

ADDRESS(ES) IS/ARE: _____

*[Address(es) of Plaintiff(s) or Attorneys]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENTS

*(stamp:)* FILED IN OFFICE
CIRCUIT CIVIL DIVISION
JUN 05 2017
ANNE-MARIE ADAMS
CLERK

---

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*

pursuant to the Alabama Rules of Civil Procedure. *Anne-Marie Adams*

JUN 12 2017 _____ By: _____
*(Date)*      *(Signature of Clerk)*

---

☐ Certified Mail is hereby requested. _____

*(Plaintiff's Attorney's Signature)*

---

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name)*      *(Name of County)*

Alabama on _____.
*(Date)*

_____
*(Type of Process Server)*

_____
*(Address of Server)*

_____
*(Phone Number of Server)*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits

1 Article Addressed to

**Liberty Mutual Insurance**
**100 Corporate Parkway**
**Suite 228**
**Birmingham, Alabama 35242**

CV2017-000196                    D001

9590 9401 0050 5168 0551 56

2. Article Number (Transfer from service label)

7016 1970 0000 8954 3051

**COMPLETE THIS SECTION ON DELIVERY**

A Signature

X                                    ☐ Agent
                                     ☐ Addressee

B Received by (Printed Name)    C Date of Delivery

D Is delivery address different from item 1?   ☐ Yes
  If YES, enter delivery address below          ☐ No

3 Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

7016 1970 0000 8954 3051

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

## CIVIL ACTION NUMBER: _CV201700196_

**WILLIE CHAMBLIN, JR.,**

    **Plaintiff,**

vs.

```
FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JUN 05 2017

ANNE-MARIE ADAMS
CLERK
```

**LIBERTY MUTUAL INSURANCE COMPANY, a** _Insurance_ **corporation licensed to do business in the State of Alabama; No. 1, whether singular or plural, that entity or those entities, other than those entities described above, whose misrepresentations, fraud or other wrongful conduct contributed to cause the occurrence made the basis of this lawsuit; No. 2, whether singular or plural, that entity, those entities or individuals being the person, firm, or corporation who breached any of the contracts with the Plaintiff as described herein; No. 3, whether singular or plural, that entity, those entities or individuals being the person, firm, or corporation, other than those individuals and entities described above, whose negligence, wantonness, and/or other wrongful conduct contributed to cause the occurrence made the basis of this lawsuit; No. 4, whether singular or plural, that entity or those entities, other than those entities described above whose conduct contributed in any way to the damaged caused to the Plaintiff; No. 5, whether singular or plural, the entity or entities, other than those entities described above, which is a successor in interest of any of those entities described above. Plaintiff aver that the identities of the fictitious party defendants herein are otherwise unknown to the Plaintiff at this time or if their names are known to the Plaintiff, their identities as proper party defendants are not known to the Plaintiff at this time, but their true names will be substituted by amendment when the aforesaid lacking knowledge is ascertained,**

    **Defendants.**

---

## SUMMONS

---

    This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

**NOTICE TO:**    Liberty Mutual Insurance Company
                    c/o

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written answer, either admitting or denying each allegation in the Complaint, to

**Willie Chamblin**

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

___X___ The service by certified mail of this summons is initiated upon the written request of plaintiff pursuant to Rule 4.1(c) of the Alabama Rules of Civil Procedure.

_____          _____BY:_____
DATE                                              CLERK/REGISTER

RETURN ON SERVICE:

_____ Certified Mail return receipt received in this office on (Date)_____(Return receipt hereto attached.)

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

### CIVIL ACTION NUMBER: CV201700196

WILLIE CHAMBLIN, JR.,

      **Plaintiff,**

vs.

```
FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JUN 05 2017

ANNE-MARIE ADAMS
CLERK
```

**LIBERTY MUTUAL INSURANCE COMPANY, a** _Insurance_ **corporation licensed to do business in the State of Alabama; No. 1, whether singular or plural, that entity or those entities, other than those entities described above, whose misrepresentations, fraud or other wrongful conduct contributed to cause the occurrence made the basis of this lawsuit; No. 2, whether singular or plural, that entity, those entities or individuals being the person, firm, or corporation who breached any of the contracts with the Plaintiff as described herein; No. 3, whether singular or plural, that entity, those entities or individuals being the person, firm, or corporation, other than those individuals and entities described above, whose negligence, wantonness, and/or other wrongful conduct contributed to cause the occurrence made the basis of this lawsuit; No. 4, whether singular or plural, that entity or those entities, other than those entities described above whose conduct contributed in any way to the damaged caused to the Plaintiff; No. 5, whether singular or plural, the entity or entities, other than those entities described above, which is a successor in interest of any of those entities described above. Plaintiff aver that the identities of the fictitious party defendants herein are otherwise unknown to the Plaintiff at this time or if their names are known to the Plaintiff, their identities as proper party defendants are not known to the Plaintiff at this time, but their true names will be substituted by amendment when the aforesaid lacking knowledge is ascertained,**

      **Defendants.**

---

## COMPLAINT

---

### Parties and Venue

1.    Plaintiff, Willie Chamblin, Jr., is a resident of Jefferson County, Alabama and is over nineteen (19) years of age.

2.      Defendant, Liberty Mutual Insurance Company, (hereinafter "Liberty") is a
_Insurance_ corporation doing business in the State of Alabama.

### Facts

3.      Plaintiff alleges, re-asserts and incorporates by reference paragraphs 1 through 2 as
if set out herein in full.

4.      At the time of the loss referred to in this Complaint and at all times material thereto,
Liberty carried homeowner's insurance on the Plaintiff's home located at _4825 Wonderhill, Dr_

5.      Plaintiff avers said policy provided coverage for damages suffered as a result of a
tornado which occurred on _4 — 27 — 11_ which caused Plaintiff to have to vacate
his home.

6.      Plaintiff submitted a claim to Liberty for the damages sustained to the above property
on or about _4 — 28 — 11_

7.      That Plaintiff and Defendant entered into an agreement that was intended to make
Plaintiff whole.

8.      Plaintiff avers that Defendant has failed to abide by the agreement, which constitutes
policy fraud.

9.      Defendant, Liberty, entered into a contact, via a policy of insurance, with Plaintiff and
Liberty breached said contract.  Pursuant to the terms and conditions of the Plaintiff's contract,
tornado damage is a covered peril.  The Plaintiff's home became damaged, Liberty's refused to
extend payment for the damage under the terms and conditions of the contract.  Liberty refused to
pay for all the damage and would only agree to pay for certain parts of the damage.

Chamblin v. Liberty, et al
Complaint
Page Two

10.   As a result of the breach of contract, and other wrongful conduct of these defendants, the Plaintiff was injured and damaged.

11.   Plaintiff maintains that Liberty had a duty imposed on it by law to exercise good faith and fair dealings in the performance of their contractual obligations under the terms and conditions of the aforesaid policy of insurance.

12.   Liberty acted in bad faith and as a result of the Defendants' reckless, negligent and/or wanton actions, the Plaintiff was injured and damaged.

13.   The above described conduct is part of a pattern, practice, artifice, scheme, combination and conspiracy by Defendants to deprive the Plaintiff and similarly situated policyholders of benefits pursuant to similar policies of insurance.

14.   As a result of Defendants reckless, negligent and/or wanton conduct, the Plaintiff was injured and damaged.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff demands judgment against each of the defendants, jointly and severally, in an amount to be determined by a jury, together with interest from the date of loss, and the costs of this proceeding.

Respectfully submitted,

Willie Chamblin, Jr.
Willie Chamblin, Jr.

**Chamblin v. Liberty, et al**
**Complaint**
**Page Three**

### PLAINTIFF DEMANDS TRIAL BY STRUCK JURY.

Willie Chamblin. Jr.

Plaintiff's Address:


### SERVE DEFENDANTS VIA CERTIFIED MAIL AS FOLLOWS:

Liberty Mutual  Insurance Company
c/o

**SENDER: *COMPLETE THIS SECTION***

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Liberty Mutual Insurance

100 Corporate Parkway

Suite 228

Birmingham, Alabama 35242

CV2017-000196          D001



9590 9401 0050 5168 0551 56

2. Article Number *(Transfer from service label)*

7016 1970 0000 8954 3051

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent

☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

6-15-17

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
✓ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ 1 Mail
      Mail Restricted Delivery
      (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
✓ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053                    Domestic Return Receipt

UNITED STATES POSTAL SERVICE

AL 350

25 JUN '17

PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

• Sender: Please print your name, address, and ZIP in this box •

ANNE-MARIE ADAMS, CLERK

ROOM 400 JEFF. CO. COURTHOUSE

716 RICHARD ARRINGTON JR BLVD. N.

BIRMINGHAM, ALABAMA 35203

JUN 19 2017

ANNE-MARIE ADAMS
CLERK



USPS TRACKING #

9590 9401 0050 5168 0551 56



AlaFile E-Notice

01-CV-2017-000196.00

Judge: ELISABETH A FRENCH

To: CHAMBER WILLIE JR (PRO SE)
4825 YONDERHILL DRIVE
BIRMINGHAM, AL, 35207-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

WILLIE CHAMBLIN JR  VS  LIBERTY MUTUAL INSURANCE COMPANY
01-CV-2017-000196.00

The following matter was served on 6/15/2017

**D001 LIBERTY MUTUAL INSURANCE COMPANY**
**Corresponding To**
AUTHORIZED SERVICE

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br>Unified Judicial System<br><br>Form C-25A   Rev. 6/07 | **APPLICATION AND AFFIDAVIT FOR<br>ENTRY OF DEFAULT JUDGMENT** | Case Number<br>CV201700196 |
| --- | --- | --- |

IN THE _____ COURT OF _____, ALABAMA
     (Circuit or District)                                 (Name of County)

Willie Chamblin                    v    Liberty Mutual Insurance
_____                _____
Plaintiff                                                      Defendant

☐ I, affiant, request that the ☐ clerk of court, or ☒ judge, pursuant to Rule 55(b), Alabama Rules of Civil Procedure (ARCP),
   enter a default judgment against the above - named defendant,* in the above case for the defendant's failing to plead,
   answer, or otherwise defend

The affiant, _Willie Chamblin_____, being duly sworn, states as follows

1  That the affiant has personal knowledge of the facts set forth in the affidavit
2  That the defendant was served with a summons and a copy of the Statement of Claim/Complaint on (date) 6-15-17
3  That more than 47 days have elapsed since the defendant was served with a summons and a copy of the Statement of
   Claim/Complaint
4  That the defendant has failed to answer or otherwise defend against the plaintiff's Statement of Claim/Complaint
5  That this affidavit is executed by the affiant in accordance with Rule 55(b), ARCP, for the purpose of enabling the plaintiff to obtain a
   **default judgment** against the defendant, for the defendant's failing to answer or otherwise defend against the plaintiff's Statement of
   Claim/Complaint
6  That the defendant is not an infant or an incompetent person, and there has been no violation of the provisions of Ala Code 1975,
   Chapter 19, Title 5
7  That the defendant ☐ is ☒ us not in military service
8  Judgment Conditions ☐ with ☒ without waiver of exemptions
9  That the amount of money claimed by the defendant to the plaintiff is

☒ THE SUM OF    $ 725,000.0 which is to be determined as follows
   Principal Balance   $
           Interest    $
      Attorney Fee     $ _____ (if requesting attorney's fees, it must be determined by the judge or the clerk)
   (if provided by contract, note or law)

```
FILED IN OFFICE
CIRCUIT CIVIL DIVISION

AUG 01 2017

ANNE-MARIE ADAMS
CLERK
```

☐ SPECIFY PROPERTY (Describe, on a separate sheet of paper, property of which the plaintiff demanded right to possession from the
   defendant in the Statement of Claim/Complaint )

10  The affiant requests entry of judgment.  ☒ By the Court     Name of Affiant _Willie Chamblin_____
                                             ☐ By the Clerk     Signature of Affiant _Willie Chamblin_____
                                                                Affiant's Home or Business Address (if not represented by an attorney)

Sworn To and Subscribed Before Me This
Date 8-1-2017                                                   B'ham, al              35207
_Stephanie W Hall Notary_                                       City            State            Zip Code
Officer's Signature                          Title              Name of Attorney _____
Notary                                                          Signature of Attorney _____
My Commission Exp June 1, 2021                                  Business Address of Attorney _____
                                                               City            State            Zip Code

☐ Default judgment is hereby rendered against the defendant in the amount of $ _____
_____                                               _____
Date                                                           Judge/Clerk

☐ Default judgment is hereby rendered against the defendant and the plaintiff is awarded right to possession of the property sworn to in the
   affidavit above
_____                                               _____
Date                                                           Judge/Clerk

**CERTIFICATE OF SERVICE ON OTHER PARTIES**
   I hereby certify that a copy of this Application, Affidavit, and Entry of Default Judgment has been     Signed _____
   sent, by first class mail, postage prepaid, to all parties who are not in default in this case

Rule 55, ARCP
* Separate form shall be completed for each defendant in cases involving multiple defendants.
  Pursuant to Ala. Code 1975, §12-19-71(a) (10), a filing fee is required when seeking a default judgment pursuant to Rule 55(b), ARCP.

Original – Court File          Copy – Plaintiff          Copy - Defendant

**STATE OF ALABAMA**
Unified Judicial System

Revised 3/5/08

☐ District Court   ☑ Circuit Court

**Case No**

CV2017 00 196

## CIVIL MOTION COVER SHEET

Style of case

v Liberty Mutual INS

*Name of Filing Party*

Name, Address, and Telephone No of Attorney or Party (If Not Represented)

Willie Chamble

☐ Oral Arguments Requested

Attorney Bar No

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|

**Motions Requiring Fee**

☑ Default Judgment ($50 00)

☐ Joinder in Other Party's Dispositive Motion (i e Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50 00)

☐ Judgment on the Pleadings ($50 00)

☐ Motion to Dismiss, or in the Alternative Summary Judgment($50 00)

☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50 00)

☐ Summary Judgment pursuant to Rule 56($50 00)

☐ Motion to Intervene ($297 00)

☐ Other _____
pursuant to Rule _____ ($50 00)

*Motion fees are enumerated in §12-19-71(a) Fees pursuant to Local Act are not included Please contact the Clerk of the Court regarding applicable local fees

☐ Local Court Costs $ _____

**Motions Not Requiring Fee**

☐ Add Party
☐ Amend
☐ Change of Venue/Transfer
☐ Compel
☐ Consolidation
☐ Continue
☐ Deposition
☐ Designate a Mediator
☐ Judgment as a Matter of Law (during Trial)
☐ Disburse Funds
☐ Extension of Time
☐ In Limine
☐ Joinder
☐ More Definite Statement
☐ Motion to Dismiss pursuant to Rule 12(b)
☐ New Trial
☐ Objection of Exemptions Claimed
☐ Pendente Lite
☐ Plaintiff's Motion to Dismiss
☐ Preliminary Injunction
☐ Protective Order
☐ Quash
☐ Release from Stay of Execution
☐ Sanctions
☐ Sever
☐ Special Practice in Alabama
☐ Stay
☐ Strike
☐ Supplement to Pending Motion
☐ Vacate or Modify
☐ Withdraw
☐ Other _____
pursuant to Rule _____   (Subject to Filing Fee)

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
AUG 01 2017
ANNE-MARIE ADAMS
CLERK

Hearing Date

Willie Chamble

Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐

Date

8—1—17

Signature of Attorney or Party

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion Each motion should contain a separate Cover Sheet

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee

ELECTRONICALLY FILED
8/15/2017 3:40 PM
01-CV-2017-000196.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| WILLIE CHAMBLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CASE NO. CV 17-196-EAF** |
| | ) |
| LIBERTY MUTUAL INSURANCE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Plaintiff's Application and Affidavit for Entry of Default Judgment is set for oral argument on **September 14, 2017, at 1:00 a.m.** in Room 610, Jefferson County Courthouse, 716 North Richard Arrington Jr. Blvd., Birmingham, Alabama 35203. The Plaintiff shall be prepared to prove damages at sad hearing.

DONE and ORDERED this 15<u>th</u> day of August, 2017.

/s/ Elisabeth A. French
ELISABETH A. FRENCH
CIRCUIT JUDGE

EAF/pc
cc:   Willie Chamblin
      4825 Yonderhill Drive
      Birmingham, Alabama 35207

      Liberty Mutual Insurance
      100 Corporate Parkway, Suite 228
      Birmingham, Alabama 35242



AlaFile E-Notice

01-CV-2017-000196.00

Judge: ELISABETH A FRENCH

To:   CHAMBER WILLIE JR (PRO SE)
      4825 YONDERHILL DRIVE
      BIRMINGHAM, AL, 35207-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

WILLIE CHAMBLIN JR  VS  LIBERTY MUTUAL INSURANCE COMPANY
01-CV-2017-000196.00

The following matter was FILED on 8/15/2017 3:40:38 PM

Notice Date:      8/15/2017 3:40:38 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2017-000196.00

Judge: ELISABETH A FRENCH

To:  LIBERTY MUTUAL INSURANCE COMPANY (PRO SE)
100 CORPORATE PARKWAY
SUITE 225
BIRMINGHAM, AL, 35242-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

WILLIE CHAMBLIN JR  VS  LIBERTY MUTUAL INSURANCE COMPANY
01-CV-2017-000196.00

The following matter was FILED on 8/15/2017 3:40:38 PM

Notice Date:      8/15/2017 3:40:38 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2017-000196.00

Judge: ELISABETH A FRENCH

To:   CHAMBER WILLIE JR (PRO SE)
      4825 YONDERHILL DRIVE
      BIRMINGHAM, AL, 35207-0000

---

# NOTICE OF CASE SETTING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

WILLIE CHAMBLIN JR  VS  LIBERTY MUTUAL INSURANCE COMPANY
01-CV-2017-000196.00

The following matter was SET FOR HEARING

**C001 CHAMBER WILLIE JR**

MOTION FOR DEFAULT JUDGMENT

[Filer: PRO SE]

Hearing Date:    09/14/2017
Hearing Time:    01:00:00 PM
Location:        610

Notice Date:     8/15/2017 3:41:31 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



**AlaFile E-Notice**

01-CV-2017-000196.00

Judge: ELISABETH A FRENCH

To:   LIBERTY MUTUAL INSURANCE COMPANY (PRO SE)
100 CORPORATE PARKWAY
SUITE 225
BIRMINGHAM, AL, 35242-0000

---

# NOTICE OF CASE SETTING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

WILLIE CHAMBLIN JR  VS  LIBERTY MUTUAL INSURANCE COMPANY
01-CV-2017-000196.00

The following matter was SET FOR HEARING

**C001 CHAMBER WILLIE JR**

MOTION FOR DEFAULT JUDGMENT

[Filer: PRO SE]

Hearing Date:      09/14/2017
Hearing Time:      01:00:00 PM
Location:            610

Notice Date:       8/15/2017 3:41:31 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov

ELECTRONICALLY FILED
8/31/2017 3:47 PM
01-CV-2017-000196.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| **WILLIE CHAMBLIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CASE NO. CV 17-196-EAF** |
| | ) |
| **LIBERTY MUTUAL INSURANCE,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The hearing previously set for September 14, 2017, at 1:00 p.m. is rescheduled in time only to **September 14, 2017, at 1:45 a.m.** in Room 610, Jefferson County Courthouse, 716 North Richard Arrington Jr. Blvd., Birmingham, Alabama 35203.

DONE and ORDERED this 31st day of August, 2017.

/s/ Elisabeth A. French
ELISABETH A. FRENCH
CIRCUIT JUDGE

EAF/pc
cc:   Willie Chamblin
      4825 Yonderhill Drive
      Birmingham, Alabama 35207

      Liberty Mutual Insurance
      100 Corporate Parkway, Suite 228
      Birmingham, Alabama 35242



AlaFile E-Notice

01-CV-2017-000196.00

Judge: ELISABETH A FRENCH

To:   CHAMBER WILLIE JR (PRO SE)
      4825 YONDERHILL DRIVE
      BIRMINGHAM, AL, 35207-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

WILLIE CHAMBLIN JR  VS  LIBERTY MUTUAL INSURANCE COMPANY
01-CV-2017-000196.00

The following matter was FILED on 8/31/2017 3:47:15 PM

Notice Date:      8/31/2017 3:47:15 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov



AlaFile E-Notice

01-CV-2017-000196.00

Judge: ELISABETH A FRENCH

To:   LIBERTY MUTUAL INSURANCE COMPANY (PRO SE)
100 CORPORATE PARKWAY
SUITE 225
BIRMINGHAM, AL, 35242-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

WILLIE CHAMBLIN JR  VS  LIBERTY MUTUAL INSURANCE COMPANY
01-CV-2017-000196.00

The following matter was FILED on 8/31/2017 3:47:15 PM

Notice Date:     8/31/2017 3:47:15 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
anne-marie.adams@alacourt.gov